# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Robyn Redditt, | COURT MINUTES – CIVIL |
| | BEFORE: HILDY BOWBEER |
| | U.S. MAGISTRATE JUDGE |
| Plaintiff, | |
| | Case No: 17-cv-0868 (JNE/HB) |
| v. | Date: November 3, 2017 |
| | Courthouse: Saint Paul |
| Metropolitan Life Insurance Company, | Courtroom: Courtroom 6B |
| | Recording: None |
| Defendant. | Time: 10:05 AM – 1:47 PM |
| | 2:45 PM – 3:20 PM |
| | Time in Court: 4 Hours & 17 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

### APPEARANCES:

    Plaintiff:    Zachary Schmoll

    Defendant:    Daniel Ryan

### PROCEEDINGS:

    ☒    Settlement reached.  Parties executed a Confidential Settlement Agreement.

    ☐    No settlement reached.

**Other Remarks:**

Plaintiff Robyn Redditt was present, with her husband, Mark Redditt.  Matt Hallford, Litigation Specialist, appeared for defendant.

 

                                                s/ *Judith M. Kirby*
                                                  Courtroom Deputy