UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Robyn Redditt,<br><br>   Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company,<br><br>   Defendant. | Civil File No. 17-cv-868 (JNE/HB)<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff is hereby dismissed with prejudice and on its merits by agreement of the parties, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated:  December 7, 2017

       FIELDS LAW FIRM

     By: s/Zachary Schmoll
       Zachary Schmoll  Reg. No. 0396093
       Kristen Gyolai   Reg. No. 0395392
       Stephen Fields   Reg. No. 0276571
       701 Washington Avenue North, Suite 300
       Minneapolis, MN  55401
       Telephone:  612-370-1511
       zach@fieldslaw.com
       kristen@fieldslaw.com
       steve@fieldslaw.com

       ATTORNEYS FOR PLAINTIFF ROBYN
       REDDITT

2

Dated:   December 7, 2017

                      HINSHAW & CULBERTSON LLP

              By:   s/M. Annie Santos
                    M. Annie Santos, Reg. No. 0389206
                    333 South Seventh Street, Suite 2000
                    Minneapolis, MN  55402
                    Telephone:  612-333-3434
                    Fax:  612-334-8888
                    asantos@hinshawlaw.com

                    Daniel K. Ryan      Admitted *Pro Hac Vice*
                    222 North LaSalle Street, Suite 300
                    Chicago, IL  60601-1081
                    Telephone:  312-704-3000
                    Fax:  312-704-3001
                    dryan@hinshawlaw.com

                    ATTORNEYS FOR DEFENDANT
                    METROPOLITAN LIFE INSURANCE
                    COMPANY