UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robyn Redditt,                                       Civil No. 17-868 (JNE/HB)

      Plaintiff,

v.                                                           ORDER

Metropolitan Life Insurance Company,

      Defendant.

On December 7, 2017, the parties filed a joint Stipulation of Dismissal with Prejudice [Docket No. 21]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated:   December 8, 2017

                                              s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge